**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 07-1219**

MARY G. MILLIKEN,

Plaintiff - Appellant,

versus

NFN BWW; JOSSEPH GLEATON; ROSS REID; BARNWELL
COUNTY HOSPITAL; BARNWELL, COUNTY OF; DOCTOR
SHAMSI; AIKEN BARNWELL MENTAL HEALTH CENTER,
a/k/a Polly Best Mental Health Center; STATE
OF SOUTH CAROLINA; STEPHEN MCLEOD-BRYANT;
SAGAR PATEL; BARNWELL COUNTY SHERIFF'S
DEPARTMENT; PHILLIP CLAYTOR, MD; MEDICAL
UNIVERSITY OF SOUTH CAROLINA; PROBATE JUDGE
PROVENCE; VERNIEDA HILL; P. CLAYTOR; DOCTOR
SWANEY,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Aiken. R. Bryan Harwell, District Judge.
(1:06-cv-00263-RBH)

Submitted: July 19, 2007      Decided: July 24, 2007

Before MOTZ and GREGORY, Circuit Judges, and WILKINS, Senior
Circuit Judge.

Dismissed by unpublished per curiam opinion.

Mary G. Milliken, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mary G. Milliken seeks to appeal the district court's order accepting the recommendation of the magistrate judge and denying relief on her civil complaint. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

Parties are accorded thirty days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5), or reopens the appeal period under Fed. R. App. P. 4(a)(6). This appeal period is "mandatory and jurisdictional." Browder v. Dir., Dep't of Corr., 434 U.S. 257, 264 (1978) (quoting United States v. Robinson, 361 U.S. 220, 229 (1960)).

The district court's judgment was entered on the docket on July 24, 2006. The notice of appeal was filed on March 13, 2007. Because Milliken failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED